**UNITED STATES BANKRUPTCY COURT**
**EASTERN    DIST    OF    TEXAS**

IN RE:                                                 CASE     24-40047
DEBTOR: Leanna Marie Castillo                 CHAPTER 13
                 1581

**REQUEST FOR NOTICE**

TO THE HONORABLE CLERK OF SAID COURT, THE DEBTOR AND ALL CREDITORS
AND OTHER PARTIES IN INTEREST:

Please take notice that the undersigned hereby appears pursuant to Bankruptcy Rules 2002(g) and 9010(b) as the representative for the following creditor and party in the interest of **Texas Guaranteed Student Loan Corporation DBA TRELLIS COMPANY** . Please send copies of all pleadings, notices, and other documents filed in this case to the following address on behalf of this party:

                 Texas Guaranteed Student Loan Corp(TGSLC)
                         Attn: Bankruptcy Unit
                             PO Box 83100
                       Round Rock, TX 78683-3100
                       1-800-252-9743 EXT 4130

Respectfully submitted by:          /s/April Hasan      _____
                                      Bankruptcy Analyst II

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was forwarded to all interested parties via electronic notice from the U.S. Bankruptcy Clerk's Office.
December 19,2024

        Court:   Eastern District of Texas (Sherman)

  Attorney: Daniel C Durand, III
               Durand & Associates, P.C.
               522 Edmonds, Ste. 101
               Lewisville, TX 75067

    Trustee: Carey D. Ebert
               P. O. Box 941166
               Plano, TX 75094-1166
               Albany, NY 12211