| Fill in this information to identify the case: | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS | |
| Debtor 1 | LEANNA MARIE CASTILLO |
| Debtor 2 (Spouse, if filing) | |
| Case Number: | 24-40047-R |

☐ Check if this modification is filed prior to filing of TRCC.

☐ Check if this modification is filed after TRCC filing but still within Benchmark Fee Period.

☑ Check if this modification is filed after Benchmark Fee Period.

List the sections which have been changed by this modification:

2.2, 3.2, 8

TXEB Local Form 3015-d

# MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**TO THE HONORABLE JUDGE OF THIS COURT:**

1. This motion to Modify Previously-Confirmed Chapter 13 Plan (the "Modification Montion") is filed by the:

☑ **Debtor;** (1)      ☐ **Chapter 13 Trustee;**

☐ **Unsecured Claimaint:** _____

for the purpose of modifying certain specific provisions of that Chapter 13 Plan which had previously been confirmed for the Debtor on July 11, 2024. Except as modified herein, all provisions of the confirmed Chapter 13 Plan remain in full force and effect.

If this motion is filed by the Debtor, each Debtor:

☑  certifies that an amended Schedule I and Schedule J have been filed contemporaneously with this motion;

☐  declares, under penalty of perjury, that the information contained in Schedule I and Schedule J, as previously filed with the court, remains true and correct

**28-DAY NEGATIVE NOTICE - LBR 3015(h):**

Your rights may be affected by the plan modifications sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.

No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE_ shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order confirming this plan modification. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.

---

(1) The use of the singular term "Debtor" in this Modification Motion includes both debtors when the case has been initiated by the filing of a joint petition by spouses.

Debtor 1  **LEANNA MARIE CASTILLO**                              Case number *(if known)* 24-40047-R
          Name

2. This Modification Motion is required *(select all applicable)*:

   ☐ to reconcile the Plan with allowed claims pursuant to the TRCC;
   ☑ to increase the amount of payments required under the Plan;
   ☐ to reduce the amount of payments required under the Plan;
   ☐ to provide for an allowed claim omitted from treatment under the Plan;
   ☐ to extend the time for making payments required under the Plan;
   ☐ to reduce the time for making payments required under the Plan;
   ☐ to surrender collateral pursuant to § 3.6;
   ☐ to cease further plan disbursements to a particular claimant;
   ☑ to cure a delinquency in the plan payments caused by
   ☐ to increase the amount of retained income tax refunds authorized under § 2.4;
       Reason:
   ☑ to seek approval of an additional award of attorney's fees to the Debtor's attorney;
   ☑ Other: **Add post-petition mortgage arrears to the Plan.**

   ☑ to add a nonstandard provision to Part 8 of the Plan [check box below];

3. **Notice to Creditors**: Regarding insertion of new Nonstandard Provision into Debtor's Plan:

| Nonstandard provisions as set forth in Part 8. | ☑ Included | ☐ Not Included |
|---|---|---|

4. The specific modifications to the Debtor's Plan are as follows:

☑   § 2.2 of the Plan regarding regular plan payments (2) is **MODIFIED** in the following respects:

   Beginning on the 30th day after the Petition Date (3) unless the Court orders otherwise, the Debtor will make regular payments to the Trustee in variable amounts throughout the applicable commitment period and for such additional time as may be necessary to make the payments to claimants specified in Parts 3 through 5 of this Plan (the "Plan Term"). The payment schedule shall consist of:

   ☐  **Constant Payments**: The Debtor will pay $ per month for months.

   ☑  **Variable Payments:** The Debtor will pay make variable plan payments throughout the Plan Term. The proposed schedule for such variable payments are set forth in **Exhibit A** to this Order and are incorporated herein for all purposes.

   If plan payment amounts are increasing, the Debtor certifies that, with regard to **§ 2.3** of the Plan,

   ☐ a Motion for an Amended Wage Withholding Order for the increased payment amount has been filed;
   ☐ an increase of the amount to be transferred to the Trustee by electronic means has been authorized.

---

(2) Any reference to § 2.2 of the Plan herein includes any payments designated and confirmed under ¶ 2 of the 2006 version of TXEB Local Form 3015-a.
(3) The use of the term "Petition Date" in this Plan refers to the date that the Debtor filed the voluntary petition in this case.

Form 3015-d (4/11/24)                **Motion to Modify Confirmed Chapter 13 Plan**                        page 2

Debtor 1    LEANNA MARIE CASTILLO    Case number (if known) 24-40047-R
           Name

**3.2**

☐ **None.** No additional Cure Claims designated for treatment under § 3.2 of the Plan. (4)
☐ **No Remaining Claims.** All claims previously listed as a Cure Claim in § 3.2 of the Plan have been reclassified.
☑ **Revised/Additional Cure Claims.** § 3.2 of the Plan regarding the treatment of Cure Claims is **MODIFIED** in the following respects; provided, however, that to the extent that any Cure Claim added hereto is composed of a post-petition mortgage arrearage,
the payment of any such arrearage shall be deferred until such time as the Claimant files an amended proof of claim to quantify the amount of the post-petition arrearage and, in any event, unless the Court specifically orders otherwise, such payment shall be subordinated to the existing payment rights of junior classes under the Debtor's previously-confirmed Chapter 13 Plan:

| Claimant | Collateral/Property Description | Debtor's DPO Amount | Cure Claim Amount | Plan Interest Rate | Projected Monthly Payment by Trustee | Projected Total Cure Payment by Trustee |
|---|---|---|---|---|---|---|
| LOANCARE LLC | POST-PETITION ARREARS | $0.00 | $10,735.32 | - | pro-rata | $10,735.32 |

**3.3**

☑  **None.** No additional 910 Claims designated for treatment under § 3.3 of the Plan. (5)
☐  **No Remaining Claims.** All claims previously listed as a 910 Claim in § 3.3 of the Plan have been reclassified.
☐  **Revised/Additional 910 Claims.** § 3.3 of the Plan regarding the treatment of 910 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral/Property Description | 910 Claim Amount | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**3.4**

☑  **None.** No additional 506 Claims designated for treatment under § 3.4 of the Plan. (6)
☐  **No Remaining Claims.** All claims previously listed as a 910 Claim in § 3.4 of the Plan have been reclassified.
☐  **Revised/Additional 506 Claims.** § 3.4 of the Plan regarding the treatment of 506 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral/Property Description | 506 Claim Amount | Collateral Value | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

---

(4) Any reference to § 3.2 of the Plan herein includes any payments designated and confirmed under ¶ 6(B) or ¶ 8 of the 2006 version of TXEB Local Form 3015-a.
(5) Any reference to § 3.3 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(a) of the 2006 version of TXEB Local Form 3015-a.
(6) Any reference to § 3.4 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(b) of the 2006 version of TXEB Local Form 3015-a.

Debtor 1   LEANNA MARIE CASTILLO  
 Name

Case number *(if known)* 24-40047-R

**3.5**

☑ **None.** No additional Direct Claims designated for treatment under **§ 3.5** of the Plan. (7)
☐ **§ 3.5** of the Plan regarding the treatment of Direct Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | Total Claim Amount on Petition Date | Collateral Value on Petition Date | Contract Interest Rate | Monthly Payment per Contract | Date of Final Monthly Payment |
|---|---|---|---|---|---|---|
| | | | | | | |

**3.6**

☑ **None.** No additional designations for surrender of collateral under **§ 3.6** of the Plan. (8)
☐ **Additional Surrender of Collateral. § 3.6** of the Plan regarding the designation of property to be surrendered is **MODIFIED.**

The Debtor surrenders to each additional claimant listed below the property that secures that creditor's claim and requests that, upon the granting of this Modification Motion, the automatic stay under § 362(a) be terminated as to the referenced collateral only and any co-debtor stay under § 1301 be terminated in all respects. Pending the consideration of this Modification Motion, the Trustee shall immediately cease any plan distribution to the additional claimant on account of the allowed secured claim for which the surrendered collateral stands as security. The affected claimant shall have **ninety (90) days after the entry of the order granting this Modification Motion** to file an amended proof of claim regarding recovery of any deficiency balance from the Estate resulting from the disposition of the collateral. Any such allowed general unsecured claim will thereafter be treated under § 5.2 of the confirmed plan.

| Claimant | Collateral Description | Collateral Location |
|---|---|---|
| | | |

**4.4**

☑ **None.** No additional DSO Claims designated for treatment under **§ 4.4** of the Plan. (9)
☐ **No Remaining Claims.** All claims previously listed as a DSO Claim in **§ 4.4** of the Plan have been reclassified.
☐ **Revised/Additional DSO Claims. § 4.4** of the Plan regarding the treatment of DSO Claims is MODIFIED in the following respects:

| DSO Claimant | Projected DSO Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
| | | |

---

(7) Any reference to § 3.5 of the Plan herein includes any payments designated and confirmed under ¶ 12(B) of the 2006 version of TXEB Local Form 3015-a.
(8) Any reference to § 3.6 of the Plan herein includes any designations for surrender of collateral under ¶ 6(C) of the 2006 version of TXEB Local Form 3015-a.
(9) Any reference to § 4.4 of the Plan herein includes any payments designated and confirmed under ¶ 5(A) of the 2006 version of TXEB Local Form 3015-a.

Form 3015-d (4/11/24)                **Motion to Modify Confirmed Chapter 13 Plan**                page 4

Debtor 1  **LEANNA MARIE CASTILLO**  Case number *(if known)* 24-40047-R

**4.6**

☑ **None.** No additional Tax/Other Priority Claims designated for treatment under **§ 4.6** of the Plan. (10)
☐ **No Remaining Claims.** All claims previously listed as a Tax/Other Priority Claim in **§ 4.6** of the Plan have been reclassified.
☐ **Revised/Additional Tax/Priority Claims.** § 4.6 of the Plan regarding the treatment of Tax/Other Priority Claims is **MODIFIED** in the following respects:

| Priority Claimant | Projected Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
|  |  |  |

☑ **Part 8** of the plan is MODIFIED with the inclusion of the following Special Provision:

Under Bankruptcy Rule 3015(c), nonstandard provisions **must** be set forth below. A nonstandard provision is a provision not otherwise included in the Official TXEB Form or any deviation from it. *Any nonstandard provision set out elsewhere in this Modification Motion is void. Even if set forth below, any nonstandard provision is void **unless the "Included" box is checked in ¶ 3 of this Modification Motion.***

Debtors added post-petition arrears to this plan by modification. Trustee objected to feasibility, for among other reasons the inability to make payments will likely result in a sale or refinancing of the homestead. To resolve the feasibility objection, the Debtors agree if they seek to sell their homestead: (a) they will move to approve any sale or refinancing; (b) the title company shall be deemed to have received and distributed on the Trustee's behalf all amounts paid on claims that are to be paid through this plan modification, remain unpaid, and are paid at closing; (c) the Trustee shall receive a fee on all the amounts received and distributed on her behalf; and (d) the title company at closing will distribute to the Trustee her fee based on the then prevailing Trustee fee percentage.

Debtor(s) may not assume any post-petition debt, except upon written approval of the Trustee as follows:
For purchase of a car: Limit of $20,000 financed with monthly payments not to exceed $500.00
For purchase of home: limit of $250,000 financed with total monthly payment including taxes and insurance not to exceed $2,500.00.
Debtor(s) must be current on plan payments and provide an amended budget that includes the proposed payments and updated income Information.
The Trustee cannot approve any request that exceeds the current budget expenditure for the particular debt or expense.
Debtor(s) must file a motion to incur debt if that request does not fall within the guidelines as stated above.

---

(10) Any reference to § 4.6 of the Plan herein includes any payments designated and confirmed under ¶ 5(B) of the 2006 version of TXEB Local Form 3015-a.

Debtor 1  **LEANNA MARIE CASTILLO**　　　　　　　　　　　Case number *(if known)*  **24-40047-R**
　　　　　　Name

5. **Request for Additional Attorney's Fees (Expiration of Benchmark Fee Period Only):**

In light of the fact that the Benchmark Fee Period under LBR 2016(h) expired prior to the filing of this motion, the Debtor's attorney, DURAND & ASSOCIATES, PC requests an additional award of $ 650.00 to be paid direct for legal services rendered and for reimbursement of expenses incurred with regard to the preparation and filing of this Modification Motion and other documents pertaining thereto. This award would be in addition to any other fees previously awarded or paid in this case and shall be paid in a manner consistent with § 9.2 of the confirmed Plan.

WHEREFORE, the Movant, as identified in ¶ 1 herein, respectfully prays that the foregoing Modification Motion be granted, that the Debtor's Plan be modified in the manner set forth herein, that, if applicable, any request for additional attorney's fees as set forth in ¶ 5 be granted, and that such other and further relief be granted in this regard as may be appropriate under the circumstances.

Respectfully submitted,

*/s/ Darrel C. Durand*

ATTORNEY FOR THE DEBTOR(S)

Debtor 1   **LEANNA MARIE CASTILLO**　　　　　　　　　　　　　　　Case number *(if known)* 24-40047-R
　　　　　　Name

### Exhibit A

| Begin Date: | Term: | | End Date: | Amount: |
|---|---|---|---|---|
| February 3, 2024 | 3 | MONTHS | May 2, 2024 | $325.00 |
| May 3, 2024 | 13 | MONTHS | June 2, 2025 | $837.00 |
| June 3, 2025 | 12 | MONTHS | June 2, 2026 | $1,150.00 |
| June 3, 2026 | 13 | MONTHS | July 2, 2027 | $1,223.38 |
| July 3, 2027 | 19 | MONTHS | February 2, 2029 | $1,595.20 |
| | | | Base Amount: | $71,868.74 |

Form 3015-d (4/11/24)　　　　　　　　**Motion to Modify Confirmed Chapter 13 Plan**　　　　　　　　page 7

Debtor 1  **LEANNA MARIE CASTILLO**          Case number *(if known)* **24-40047-R**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Modify Confirmed Chapter 13 Plan has been served upon the following parties in interest on the date set forth below by either electronic service or mailing a copy of same to them via first class mail.

and to the parties on the attached mailing matrix.

Dated: 06/19/2025

_____
Attorney for the Debtor(s)

Daniel C. Durand III
DURAND & ASSOCIATES, P.C.
522 Edmonds, Suite 101
Lewisville, Texas 75067
(972) 221-5655
durand@durandlaw.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 24-40047 |
| LEANNA MARIE CASTILLO, | § | |
| | § | CHAPTER 13 |
| DEBTOR. | § | |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the Motion to Modify Confirmed Chapter 13 Plan was served upon all creditors listed on the attached mailing matrix and Carey D. Ebert, Chapter 13 Standing Trustee, PO Box 941166, Plano, Texas, 75094-1166, and U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, Texas, 75702 in accordance with applicable rules of procedure on this 19th day of June, 2025.

Respectfully submitted,

_/s/ Daniel C. Durand III_
DANIEL C. DURAND III
Attorney for Debtor
DURAND & ASSOCIATES, P.C.
522 Edmonds, Suite 101
Lewisville, Texas 75067
(972) 221-5655
(972) 221-9569 Fax
State Bar Card No. 06287570
durand@durandlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 24-40047<br>Eastern District of Texas<br>Sherman<br>Thu Jun 19 13:42:54 CDT 2025 | American Education Services<br>PO Box 65093<br>Baltimore, MD 21264-5093 | Blalock & Williams<br>Agents for Nebraska Furniture Mart<br>4851 Lyndon B. Johnson Freeway<br>Dallas, TX 75244-6004 |
| Capital One<br>PO Box 60511<br>City of Industry, CA 91716-0511 | Capital One<br>PO Box 60519<br>City of Industry, CA 91716-0519 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Leanna Marie Castillo<br>5225 Prairie Creek Drive<br>Flower Mound, TX 75028-2537 |
| Central Portfolio Control<br>10249 Yellow Circle Drive<br>Suite 200<br>Minnetonka, MN 55343-9111 | Chase Credit Card<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | Crown Asset Management<br>Agents for Comenity Bank/Wayfair<br>3100 Breckinridge Blvd.<br>Suite 725<br>Duluth, GA 30096-7605 |
| Discover<br>PO Box 71242<br>Charlotte, NC 28272-1242 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | George Dunn<br>Robertson, Anschutz, Schneid, Crane & Pa<br>5601 Executive Drive<br>Suite 400<br>Irving, TX 75038-2806 |
| Daniel C Durand III<br>Durand & Associates, P.C.<br>522 Edmonds, Ste. 101<br>Lewisville, TX 75067-3622 | ED Financial<br>PO Box 36008<br>Knoxville, TN 37930-6008 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| Lisa L. Evans<br>Linebarger Goggan Blair & Sampson, LLP<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219-3959 | Indigo Credit Card<br>PO Box 23039<br>Columbus, GA 31902-3039 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Jefferson Capital<br>Dept #6419<br>PO Box 11407<br>Birmingham, AL 35246-3035 | (p) JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LAKEVIEW LOAN SERVICING, LLC<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Road., Suite 450<br>Alpharetta, GA 30004-2001 |
| LAKEVIEW LOAN SERVICING, LLC<br>LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Lisa Large Evans<br>3500 Maple Avenue, Suite 800<br>Dallas, TX 75219-3959 |
| Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Lisa Large Evans<br>2777 North Stemmons Frwy<br>Suite 1000<br>Dallas, Tx 75207-2328 | Loancare<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 |

| | | |
|---|---|---|
| Paypal Credit Card<br>PO Box 71718<br>Philadelphia, PA 19176-1718 | Personify Financial<br>PO Box 208417<br>Dallas, TX 75320-8417 | Principal<br>3701 Arco Corporate Dr<br>Charlotte, NC 28273-0402 |
| Quantum3 Group LLC as agent for<br>AXIOM ACQUISITION VENTURES LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Catholic Health Initiatives<br>PO Box 788<br>Kirkland, WA 98083-0788 | RAS Law Offices<br>561 Executive Dr<br>Ste 400<br>Iriving, TX 75038 |
| Resurgent Capital Services<br>PO Box 10497<br>Greenville, SC 29603-0497 | S & S Recovery<br>2814 Stage Center Drive<br>Memphis, TN 38134-4677 | Christopher Salamone<br>Robertson, Anschutz, Schneid, Crane & Pa<br>6409 Congress Avenue<br>Ste #100<br>Boca Raton, FL 33487-2853 |
| Anthony Ismael Santini<br>Robertson, Anschutz, Schneid, Crane, & P<br>5601 Executive Dr<br>Ste 400<br>Irving, TX 75038-2806 | Texas Guaranteed Student Loan Corp DBA<br>DBA Trellis Company<br>PO BOX 83100<br>Round Rock, TX 78683-3100 | The County of Denton, Texas<br>McCreary Veselka Bragg & Allen, P.C.<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | (p)HUD OGC REGION VI<br>307 W SEVENTH ST SUITE 1000<br>FT WORTH TX 76102-5108 | US Department of Education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | University of North Texas<br>Student Accounting<br>1155 Union Circle<br>#310620<br>Denton, TX 76203-5017 | Velocity Investments, LLC<br>Agents for Upgrade Inc.<br>PO Box 788<br>Belmar, NJ 07719-0788 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | U.S. Department of Housing and Urban Develop<br>307 W. 7th St., Suite 1000<br>Fort Worth, TX 76102 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | (d)Jefferson Capital<br>Dept #6419 PO Box 11407<br>Birmingham, AL 35246-0001 | (d)Lakeview Loan Servicing, LLC<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 |

```
(d)Resurgent Capital Services        End of Label Matrix
po box 10497                         Mailable recipients    47
Greenville, SC 29603-0497            Bypassed recipients     4
                                     Total                  51
```